In the Matter of the Petition of George ANDERSON, for the Return of ½ Doz. 16 oz. Glasses, etc.

George ANDERSON, Appellant, v. UNITED STATES of America, Appellee.

No. 6185.

Circuit Court of Appeals, Ninth Circuit.
Nov. 17, 1930.

George D. Toole and C. S. Wagner, both of Butte, Mont., for appellant.

Wellington D. Rankin, U. S. Atty., and Howard A. Johnson and Arthur P. Acher, Asst. U. S. Atty., all of Helena, Mont.

Before RUDKIN and WILBUR, Circuit Judges, and JAMES, District Judge.

PER CURIAM.

Reversed on authority of Ryan v. United States (C. C. A.) 44 F.(2d) 951, just decided.